# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket no. 2:18-CR-54-GZS |
| GARY BOSHOFF, | ) |
| Defendant. | ) |

## ORDER

Defendant and the Government have both moved for a determination of Defendant's competency to stand trial. (See ECF Nos. 52 & 60.) Pursuant to 18 U.S.C. §§ 4241(a) and (b), and 4247(b) and (c), the Motions are GRANTED and,

IT IS HEREBY ORDERED THAT:

1. Defendant shall submit to a psychiatric or psychological examination, to be conducted on an outpatient basis by a licensed or certified psychiatrist or psychologist of the Government's choosing.

2. Defendant shall cooperate fully in the examination and shall make himself available on the date(s) and time(s) designated for that purpose.

3. Following the examination, pursuant to 18 U.S.C. § 4247(c), a psychiatric or psychological report shall be filed with the Court, with copies provided to counsel for Defendant and to the attorney for the Government, and shall include:

   (a) Defendant's history and present symptoms;

   (b) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(c) The examiner's findings; and

(d) The examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense.

4. A competency hearing pursuant to 18 U.S.C. § 4247(d) shall be scheduled as soon after receipt of the examiner's report as the Court's calendar permits.

5. Any period of delay resulting from the examination and evaluation of Defendant shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED.

    /s/ George Z. Singal
    United States District Judge

Dated this 22nd day of May, 2018.